## Gipko, et vir *v.* Brilmyer (et al., Appellant).

Argued April 16, 1975. *Warren*

*D. Ferry,* with him *Murovich, Reale & Fossee,* for appellant; *Daniel P. Stefko,* with him *Dickie, McCamey & Chilcote,* for appellee.

Judgment affirmed.